**Original filed 5/15/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCARBOROUGH, ) | No. C 02-4516 JF (PR) |
| ) | |
| Plaintiff, ) | ORDER REFERRING CASE TO |
| ) | REASSIGNMENT COMMITTEE |
| v. ) | PURSUANT TO LOCAL RULE 3.2(d) |
| ) | |
| OFFICER ASHFORD, et al., ) | |
| ) | |
| Defendants. ) | |

     Plaintiff, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 while he was incarcerated in state prison. The case was assigned pursuant to Local Rule 3.2(c) and N.D. Cal. General Order 44, D(5), as a pro se prisoner action. As Plaintiff was released from custody as of May 2003, this Court ordered the parties to appear for a case management conference on April 28, 2006 at 10:30 a.m. Peter Hallifax, Deputy City Attorney appeared on behalf of Defendants Ashford and Flecklin. Plaintiff was present, proceeding pro se. The Court notes that Plaintiff is no longer in custody, the parties are both located in Oakland, and the incident at issue in the complaint occurred in Oakland.

\\\

\\\

1  Accordingly, the Court directs the Clerk to refer this action to the Reassignment
2  Committee for reassignment to the Oakland Division, pursuant to Local Rule 3.2(d).
3      IT IS SO ORDERED.
4  DATED: __5/15/06_____

                                JEREMY FOGEL
                                United States District Judge

1  This is to certify that a copy of this ruling was mailed to the following:

2

3  Charles Scarborough
4105 Montgomery Street, #8
Oakland, CA  94611

4

5  Peter Hallifax
Deputy City Attorney
6  City of Oakland
One Frank H Ogawa Plaza, 6th floor
7  Oakland, CA  94612

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Referring Case to Reassignment Committee Pursuant to Local Rule 3.2(d)
P:\pro-se\sj.jf\cr.02\Scarborough516reassign             3