**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking							General Court Number
Clerk										415.522.2000

**May 18, 2006**

**CASE NUMBER:  CV 02-04516 JF**
**CASE TITLE:  SCARBOROUGH-v-ASHFORD**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the Oakland division,

**Honorable Claudia Wilken** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: May 18, 2006

FOR THE EXECUTIVE COMMITTEE:

_____
                                        Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies			Special Projects
Log Book Noted					Entered in Computer


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel				Transferor CSA